

# Fourth Court of Appeals
## San Antonio, Texas

April 10, 2019

No. 04-18-00484-CR

David Asa **VILLARREAL**,
Appellant-s

v.

The **STATE** of Texas,
Appellee-s

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0549
Honorable Jefferson Moore, Judge Presiding

## O R D E R

    The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. Time is extended to May 15, 2019. **Further requests for extension of time in which to file appellant's brief will be disfavored.**

_____
Irene Rios, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court